# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN LOUANNE HARBAUGH,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No. CV 13-7330-ODW (JEM)<br><br>**J U D G M E N T** |

　　　In accordance with the Report and Recommendation of United States Magistrate Judge accepted by the Court,

　　　IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED and the matter DISMISSED with prejudice.

DATED: June 23, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　OTIS DE. WRIGHT, II
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

2